# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

**DAVID LEE SELLERS,**

    **Plaintiff,**

    v.                                Civil Action No. 15-cv-10023-IT

**MITT ROMNEY, et al.,**

    **Defendants.**

### ORDER OF DISMISSAL

September 29, 2016

TALWANI, D.J.

    Pursuant to the court's Order [#11], dismissing this action for the reasons stated therein, this case is hereby CLOSED.

    IT IS SO ORDERED

                                                  /s/ Indira Talwani
                                                  United States District Judge